Printed: 06/23/10 01:24 PM  Page: 1

# Claims Proposed Distribution

Case: 08-10815 FRANKE, JAMES R

Receipt 1109012Z $7.29 mlb

| Case Balance: | $2,646.59 | Total Proposed Payment: | $2,646.59 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | MORRIS L. HORWITZ <2100-00 Trustee Compensation> | Admin Ch. 7 | 661.60 | 661.60 | 0.00 | 661.60 | 661.60 | 1,984.99 |
| B | MORRIS L. HORWITZ <2200-00 Trustee Expenses> | Admin Ch. 7 | 5.28 | 5.28 | 0.00 | 5.28 | 5.28 | 1,979.71 |
| C | BULAN, CHIARI, HORWITZ & ILECKI, LLP <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 112.50 | 112.50 | 0.00 | 112.50 | 112.50 | 1,867.21 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 779.38 | 779.38 | 0.00 | 779.38 | 779.38 | |
| 1 | Bee Publications, Inc. | Unsecured | 1,738.49 | 1,738.49 | 0.00 | 1,738.49 | 36.61 | 1,830.60 |
| 2 | First Niagara Bank | Unsecured | 39,516.42 | 39,516.42 | 0.00 | 39,516.42 | 831.97 | 998.63 |
| 3 | Shell Fab & Design, Inc. | Unsecured | 4,712.32 | 4,712.32 | 0.00 | 4,712.32 | 99.21 | 899.42 |
| 4 | RJ Financial Assoc. c/o Getman & Biryla, LLP | Unsecured | 1,600.00 | 1,600.00 | 0.00 | 1,600.00 | 33.69 | 865.73 |
| 5 | After 50, Inc. | Unsecured | 300.08 | 300.08 | 0.00 | 300.08 | 6.32 | 859.41 |
| 6 | UNIVERISITY PEDIATRIC ASSOC. | Unsecured | 189.00 | 189.00 | 0.00 | 189.00 | 3.98 | 855.43 |
| 7 | KTU Corporation | Unsecured | 10,683.30 | 10,683.30 | 0.00 | 10,683.30 | 224.92 | 630.51 |
| 8 | Verizon-Bankruptcy Department | Unsecured | 157.14 | 157.14 | 0.00 | 157.14 | 3.31 | 627.20 |
| 9 | Sallie Mae | Unsecured | 3,348.24 | 3,348.24 | 0.00 | 3,348.24 | 70.49 | 556.71 |
| 10 | American Express Bank FSB | Unsecured | 6,944.50 | 6,944.50 | 0.00 | 6,944.50 | 146.21 | 410.50 |
| 11 | American Express Bank FSB | Unsecured | 6,386.47 | 6,386.47 | 0.00 | 6,386.47 | 134.46 | 276.04 |
| 12 | eCAST Settlement Corporation assignee of | Unsecured | 801.11 | 801.11 | 0.00 | 801.11 | 16.87 | 259.17 |
| 13 | Household Finance Corporation/Beneficial | Unsecured | 12,309.81 | 12,309.81 | 0.00 | 12,309.81 | 259.17 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 88,686.88 | 88,686.88 | 0.00 | 88,686.88 | 1,867.21 | |
| | Total for Case 08-10815 : | | $89,466.26 | $89,466.26 | $0.00 | $89,466.26 | $2,646.59 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $779.38 | $779.38 | $0.00 | $779.38 | 100.000000% |
| Total Unsecured Claims : | $88,686.88 | $88,686.88 | $0.00 | $1,867.21 | 2.105396% |

FILED JUN 24 2010 BANKRUPTCY COURT WDNY